# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hickey, Susan O. | 2. Court or Organization<br><br>US District Court Western District of Arkansas | 3. Date of Report<br><br>08/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>101 South Jackson Avenue<br>Room 219<br>El Dorado, AR 71730 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | ▨ , P.A. |
| 2. | 2017 | BancorpSouth Advisory Board Fees |
| 3. | 2017 | PMJ LLC - oil production |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BancorpSouth | unsecured loan | J |
| 2. | BancorpSouth | unsecured loan | K |
| 3. | U.S. Bank | guaranteed loan | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 5-4 The Beach LLC | | None | L | U | | | | | |
| 2. Six Siblings LLC | | None | K | U | | | | | |
| 3. PMJ LLC | B | Distribution | J | U | | | | | |
| 4. ▭, P.A. | E | Distribution | J | U | | | | | |
| 5. Equitable Life Insurance Company Policy #1 (whole life) | B | Dividend | L | T | | | | | |
| 6. Genworth Life Insurance Company #1 (Universal Life) | A | Dividend | K | T | | | | | |
| 7. BancorpSouth Checking #1 | A | Interest | J | T | | | | | |
| 8. Profit Sharing Account #1 (H) | | | | | | | | | |
| 9. American Funds - AMCAP Fund Class A | A | Dividend | | | Sold | 06/08/17 | M | | |
| 10. American Funds - American Balanced Funds Class A | B | Dividend | | | Sold | 06/08/17 | N | | |
| 11. American Funds - American High Income Trust Class A | D | Dividend | | | Sold | 06/08/17 | N | | |
| 12. American Funds - American Mutual Funds Class A | B | Dividend | | | Sold | 06/08/17 | M | | |
| 13. Ameican Funds - Bond Fund of America Class A | A | Dividend | | | Sold | 06/08/17 | M | | |
| 14. American Funds - Capital Income Builder Fund Class A | A | Dividend | | | Sold | 06/08/17 | L | | |
| 15. American Funds - Capital World Growth & Income Fund Class A | A | Dividend | | | Sold | 06/08/17 | K | | |
| 16. American Funds - Europacific Growth Fund Class A | A | Dividend | | | Sold | 06/08/17 | K | | |
| 17. American Funds - Growth Fund of America Class A | A | Dividend | | | Sold | 06/08/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds - Income Fund of America Fund Class A | A | Dividend | | | Sold | 06/08/17 | L | | |
| 19. American Funds - Investment Company of America Fund Class A | A | Dividend | | | Sold | 06/08/17 | L | | |
| 20. American Funds - New Economy Fund Class A | A | Dividend | | | Sold | 06/08/17 | M | | |
| 21. American Funds - New Perspective Fund Class A | A | Dividend | | | Sold | 06/08/17 | M | | |
| 22. American Funds - New World Fund Class A | A | Dividend | | | Sold | 06/08/17 | K | | |
| 23. Equitable Life Insurance Company Policy #2 (whole life) | D | Dividend | M | T | | | | | |
| 24. Money Purchase Plan Account (H) | | | | | | | | | |
| 25. American Funds - AMCAP Fund Class A | A | Dividend | | | Sold | 06/07/17 | K | | |
| 26. American Funds - American Balanced Funds Class A | A | Dividend | | | Sold | 06/07/17 | M | | |
| 27. American Funds - American Mutual Fund Class A | A | Dividend | | | Sold | 06/07/17 | M | | |
| 28. American Funds - Bond Fund of America Class A | A | Dividend | | | Sold | 06/07/17 | K | | |
| 29. American Funds - Capital Income Builder Fund Class A | A | Dividend | | | Sold | 06/07/17 | L | | |
| 30. American Funds - Capital World Growth & Income Fund Class A | A | Dividend | | | Sold | 06/07/17 | K | | |
| 31. American Funds - Growth Fund of America Class A | A | Dividend | | | Sold | 06/07/17 | K | | |
| 32. American Funds - Income Fund of America Fund Class A | A | Dividend | | | Sold | 06/07/17 | M | | |
| 33. American Funds - Investment Comany of America Fund Class A | A | Dividend | | | Sold | 06/07/17 | L | | |
| 34. American Funds - New Economy Fund Class A | A | Dividend | | | Sold | 06/07/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds - New Perspective Fund Class A | A | Dividend | | | Sold | 06/07/17 | K | | |
| 36. Brokerage Account #2 (H) | | | | | | | | | |
| 37. Murphy Oil Corp (X) | A | Dividend | J | T | | | | | |
| 38. Murphy USA (X) | A | Dividend | J | T | | | | | |
| 39. American Funds - Fundamental Investors Fund Class A | A | Dividend | K | T | | | | | |
| 40. American Funds - Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 41. American Funds - New World Fund Class A | A | Dividend | K | T | | | | | |
| 42. Profit Sharing Account #2 (H) | | | | | | | | | |
| 43. Vanguard Money Market Fund | A | Interest | K | T | Buy | 06/08/17 | K | | |
| 44. Vanguard Short Term Bond Fund ETF | B | Interest | N | T | Buy | 06/08/17 | N | | |
| 45. Vanguard Short Term Inflation Protected ETF | D | Dividend | N | T | Buy | 06/08/17 | N | | |
| 46. Vanguard Short Term Corporate Bond ETF | D | Dividend | N | T | Buy | 06/08/17 | N | | |
| 47. Vanguard CRSP US Mid Cap Value Index ETF | B | Dividend | L | T | Buy | 06/08/17 | L | | |
| 48. Vanguard CRSP US Mid Cap Growth Index ETF | A | Dividend | K | T | Buy | 06/08/17 | K | | |
| 49. DFA International Core Equity PTFL Mutual Fund | C | Dividend | M | T | Buy | 06/08/17 | M | | |
| 50. DFA Emerging Markets Core Equity I Mutual Fund | C | Dividend | M | T | Buy | 06/08/17 | M | | |
| 51. DFA US Small Cap Value Port Mutual Fund | A | Dividend | L | T | Buy | 06/08/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA US Large Cap Value I Mutual Fund | D | Dividend | N | T | Buy | 06/08/17 | N | | |
| 53. DFA International Large Cap Growth Portfolio Mutual Fund | A | Dividend | L | T | Buy | 06/08/17 | K | | |
| 54. DFA US Small Cap Growth Instl Porfolio Mutual Fund | A | Dividend | K | T | Buy | 06/08/17 | K | | |
| 55. DFA US Large Cap Growth Portfolio Instl Mutual Fund | C | Dividend | M | T | Buy | 06/08/17 | M | | |
| 56. DFA Global Real Estate Securities PTF Mutual Fund | C | Dividend | M | T | Buy | 06/08/17 | M | | |
| 57. DFA International Value I Mutual Fund | C | Dividend | M | T | Buy | 06/08/17 | M | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Column D (4) on Lines 9-22 and 25-35 in Part VII does not list the amount of the gain because the record keeper does not keep and could not furnish the basis information for the assets in these tax deferred accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Susan O. Hickey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544